NOT DESIGNATED FOR PUBLICATION

No. 115,236

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

STATE OF KANSAS,
*Appellee*,

v.

ANDREW MARTIN LIRA,
*Appellant*.

MEMORANDUM OPINION

Appeal from Shawnee District Court; DAVID B. DEBENHAM, judge. Opinion filed August 26, 2016. Appeal dismissed.

Submitted for summary disposition pursuant to K.S.A. 2015 Supp. 21-6820(g) and (h).

Before ARNOLD-BURGER, P.J., MCANANY and GARDNER, JJ.

*Per Curiam*:  Andrew Martin Lira appeals his sentence for two counts of attempted electronic solicitation of a child believed to under 14 years of age following the pleas he entered after reaching a plea agreement with the State. He filed a motion for summary disposition of his appeal pursuant to Supreme Court Rule 7.041A (2015 Kan. Ct. R. Annot. 67). We granted Lira's motion for summary disposition in lieu of briefs.

In the plea agreement, the parties agreed to jointly recommend that Lira receive the standard sentence on each count and that those counts would run consecutive to each other. At sentencing, the district court following the plea agreement, sentencing Lira to a controlling term of 138 months in prison.

1

Lira contends the district court erred in sentencing him, but he fails to provide any reason, argument, or support for his contention. Further, he acknowledges that we lack jurisdiction to review a sentence within the presumptive sentence for the crime. See K.S.A. 2015 Supp. 21-6820(c)(1); *State v. Sprung*, 294 Kan. 300, 317, 277 P.3d 1100 (2012) (applying prior version of statute; same language). Lira's sentence was in the presumptive sentencing range for his crimes, so we lack jurisdiction to review his sentence and must dismiss the appeal.

Appeal dismissed.